# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Felicia Morgan, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:22-cv-00003-KDB-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| City of Charlotte | ) | |
| County of Mecklenburg | ) | |
| Edward Gonzalez | ) | |
| Joseph Ellis | ) | |
| Derek Rud | ) | |
| Jensen Tilson | ) | |
| Joshua Skipper | ) | |
| John Doe | ) | |
| John Doe 2, | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 14, 2023 Order.

June 14, 2023

Katherine Hord Simon, Acting Clerk
United States District Court