FILED: July 18, 2023

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 23-1748

(3:22-cv-00003-KDB-DCK)

_____

FELICIA MORGAN, individually and as Guardian ad Litem of other Bobby Morgan

        Plaintiff - Appellant

v.

CITY OF CHARLOTTE; EDWARD GONZALEZ, both individually and in his official capacity as a law enforcement officer with CMPD; DEREK RUD, both individually and in his official capacity as a law enforcement officer with CMPD; JOSHUA SKIPPER, both individually and in his official capacity as a law enforcement officer with CMPD

        Defendants - Appellees

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of North Carolina at Charlotte |
| Originating Case Number | 3:22-cv-00003-KDB-DCK |
| Date notice of appeal filed in originating court: | 07/13/2023 |
| Appellant(s) | Felicia Morgan |
| Appellate Case Number | 23-1748 |
| Case Manager | Naeemah R. Sims<br>804-916-2704 |